## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jennifer A. Wilkes <br> <u>Debtor(s)</u> | CHAPTER 7 <br><br> BKY. NO. 22-11482 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                                          Respectfully submitted,
                                        **/s/ Rebecca A. Solarz, Esquire**
                                        Rebecca A Solarz, Esquire
                                        KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322